CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

NEAL C. HONG (ILBN 6309265)
Assistant United States Attorney

    60 S Market St., Suite 1200
    San Jose, California 95113
    Telephone: (408) 535-5081
    neal.hong@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 25-MJ-71257 MAG |
| | ) |
| Plaintiff, | ) STIPULATION TO EXCLUDE TIME; AND |
| | ) [~~PROPOSED~~] ORDER |
| v. | ) |
| | ) |
| JULIO VASQUEZ OCHOA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Currently, a preliminary hearing is scheduled for January 16, 2026. The parties are requesting that this hearing be continued to February 9, 2026. The parties stipulate that time should be excluded under the Speedy Trial Act from January 16, 2026, through February 9, 2026.

The Government produced discovery to Defendant, and it will produce additional materials. The defense requires time to review this discovery to effectively prepare Defendant's case. Accordingly, the parties stipulate and agree that excluding time until February 9, 2026, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from January 16, 2026, through February 9, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The parties further stipulate and agree that, given the need to investigate matters which may bear

STIPULATION TO EXCLUDE TIME AND [~~PROPOSED~~] ORDER
v. 7/10/2018

on the disposition in the case, good cause exists for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1(d), and defense counsel accordingly consents on behalf of the defendant to extending the time limit for the preliminary hearing.  The parties further stipulate and agree to an extension of time for the 30-day time period of an indictment under the Speedy Trial Act.

IT IS SO STIPULATED.


DATED:        December 29, 2025                          /s/
                                                    NEAL C. HONG
                                                    Assistant United States Attorney


                                                         /s/
                                                    MATTHEW M. YELOVICH
                                                    Counsel for Defendant

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER

v. 7/10/2018

## [~~PROPOSED~~] ORDER

Based upon the facts set forth in the stipulation of the parties, the Court continues the preliminary hearing scheduled for January 16, 2026, to February 9, 2026, and excludes time under the Speedy Trial Act.  The Court finds that failing to exclude the time from January 16, 2026, through February 9, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

The Court further finds that the ends of justice served by excluding the time from January 16, 2026, through February 9, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from January 16, 2026, through February 9, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The Court further finds good cause exists for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act.  *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

IT IS SO ORDERED.

DATED:  January 7, 2026

HON. VIRGINIA K. DEMARCHI
United States Magistrate Judge

STIPULATION TO EXCLUDE TIME AND [~~PROPOSED~~] ORDER

v. 7/10/2018