CONFIDENTIAL

NOT FOR PUBLIC DISCLOSURE

## PROPOSED ORDER/COVER SHEET

TO:     **Honorable Susan van Keulen**
        **U.S. Magistrate Judge**

RE:     **VASQUEZ-OCHOA, Julio**
        **Jovan**

FROM:   **Silvio Lugo, Chief**
        **U.S. Pretrial Services Officer**

Docket No.:     **5:26-cr-00048-EKL-3**

Date:   **2/6/26**

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Jose Obien                                      415-436-7501

U.S. Pretrial Services Officer          **TELEPHONE NUMBER**

We are requesting direction from the Court.  Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[x]  I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

[ ]  Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ]  Inform all parties concerned that a Bail Review Hearing will be conducted by: Magistrate Judge _____ Presiding  District Court Judge _____

[ ]  I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ]  Modification to remove the following special conditions:

[ ]  Bail Revoked/Bench Warrant Issued.

[ ]  I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

[ ]  Other Instructions:

_____

_____

_____

_____         February 6, 2026 _____
**JUDICIAL OFFICER**                                      **DATE**