Matthew M. Yelovich (SBN 351330)
Cleary Gottlieb Steen & Hamilton LLP
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
(650) 815-4100
Email: myelovich@cgsh.com

Attorney for Defendant
**JULIO JOVAN VASQUEZ-OCHOA**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiffs,<br><br>   v.<br><br>JULIO JOVAN VASQUEZ-OCHOA,<br><br>             Defendant. | Case No. 26-cr-00048-EKL-3<br>       25-mj-71257-MAG<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER PERMITTING TRAVEL FROM THE DISTRICT** |

The defendant, Julio Jovan Vasquez-Ochoa, represented by undersigned counsel Matthew Yelovich, has requested that Mr. Vasquez-Ochoa be permitted to travel to Chino, California to participate in a recreational paintball tournament with his team between March 6-8, 2026. The government, represented by Assistant United States Attorney, Neal Hong, has no objection to this request.

Stipulation and ~~Proposed~~ Order Permitting Travel, Case No. 25-MJ-71257

Accordingly, the parties hereby stipulate that defendant Vasquez-Ochoa be permitted to travel from the Northern District of California, to Chino, in the Central District of California, to participate in a recreational paintball between March 6-8, 2026.[1]

Respectfully submitted,

MATTHEW M. YELOVICH
Attorney for Julio Jovan Vasquez-Ochoa

Dated: February 27, 2026

*/s/ Matthew M. Yelovich*
MATTHEW M. YELOVICH
Attorney for Julio Jovan Vasquez-Ochoa

Dated: February 27, 2026

*/s/ Neal Hong*
NEAL HONG
Assistant United States Attorney

---

[1] Undersigned counsel attests that each of the other signatories have concurred in the filing of the document.

Stipulation and ~~Proposed~~ Order Permitting Travel, Case No. 25-MJ-71257

[~~PROPOSED~~ ORDER]

Pursuant to the parties' stipulation and for good cause shown, the Court HEREBY ORDERS that defendant Julio Jovan Vasquez Ochoa may travel from his residence in the Northern District of California to Chino, California, to participate in a recreational paintball tournament between the dates of March 6, 2026 to March 8, 2026.

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: ___February 27, 2026_____

_Susan van Keulen_____
HON. SUSAN VAN KEULEN
United States Magistrate Judge

Stipulation and ~~Proposed~~ Order Permitting Travel, Case No. 25-MJ-71257