Matthew M. Yelovich (SBN 351330)
Cleary Gottlieb Steen & Hamilton LLP
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
(650) 815-4100
Email: myelovich@cgsh.com

Attorney for Defendant
**JULIO JOVAN VASQUEZ-OCHOA**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,

               Plaintiffs,

    v.

JULIO JOVAN VASQUEZ-OCHOA,

               Defendant.

Case No. 26-cr-00048-EKL-3
      25-mj-71257-MAG

**STIPULATION AND [~~PROPOSED~~] ORDER PERMITTING TRAVEL FROM THE DISTRICT**

The defendant, Julio Jovan Vasquez-Ochoa, represented by undersigned counsel Matthew Yelovich, has requested that Mr. Vasquez-Ochoa be permitted to travel to Elk Grove, California to visit and stay with his children on April 10, 2026 to April 12, 2026.  The government, represented by Assistant United States Attorney, Neal Hong, has no objection to this request.

Accordingly, the parties hereby stipulate that defendant Vasquez-Ochoa be permitted to travel from the Northern District of California, to Elk Grove, in the Central District of California, to visit his children on April 10, 2026 to April 12, 2026. [1]

Respectfully submitted,

MATTHEW M. YELOVICH
Attorney for Julio Jovan Vasquez-Ochoa

Dated: April 6, 2026

*/s/ Matthew M. Yelovich*
MATTHEW M. YELOVICH
Attorney for Julio Jovan Vasquez-Ochoa

Dated: April 6, 2026

*/s/ Neal Hong*
NEAL HONG
Assistant United States Attorney

---

[1] Undersigned counsel attests that each of the other signatories have concurred in the filing of the document.

Stipulation and Proposed Order Permitting Travel, Case No. 25-MJ-71257

[~~PROPOSED~~ ORDER]

Pursuant to the parties' stipulation and for good cause shown, the Court HEREBY ORDERS that defendant Julio Jovan Vasquez Ochoa may travel from his residence in the Northern District of California to Elk Grove, California, to visit his children between the dates of April 10, 2026 to April 12, 2026.

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: __April 6, 2026_____

_____
HON. SUSAN VAN KEULEN
United States Magistrate Judge

Stipulation and ~~Proposed~~ Order Permitting Travel, Case No. 25-MJ-71257