CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

NEAL C. HONG (ILBN 6309265)
Assistant United States Attorney

60 S. Market, Suite 1200
San Jose, California 95113
Telephone: (408) 535-5081
neal.hong@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 26-CR-00048-EKL |
| Plaintiff, | STIPULATION TO CONTINUE STATUS HEARING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND [PROPOSED] ORDER |
| v. | |
| JULIO JOVAN VASQUEZ OCHOA, | |
| Defendant. | |

Currently, there is a status conference scheduled for April 21, 2026.  The Government has produced discovery to Defendant.  Counsel for Defendant is reviewing this discovery and is also investigating certain matters to effectively prepare Defendant's case.  Accordingly, the parties respectfully request that the Court continue the status conference scheduled for April 21, 2026, to May 26, 2026.

The parties stipulate and agree that excluding time until May 26, 2026, will allow for the effective preparation and continuity of counsel.  See 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time from April 21, 2026, to May 26, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and

1

Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO STIPULATED                    CRAIG H. MISSAKIAN
                                       United States Attorney


Dated:  April 13, 2026                 /s/ Neal Hong
                                       NEAL C. HONG
                                       Assistant United States Attorney



                                       /s/ Matthew Yelovich
                                       MATTHEW M. YELOVICH
                                       Counsel for Defendant

**[~~PROPOSED~~] ORDER**

Pursuant to the parties' stipulation, and for good cause shown, the Court hereby continues the status conference to May 26, 2026, and excludes time under the Speedy Trial Act from April 21, 2026, to May 26, 2026.  The Court finds that failing to exclude the time from April 21, 2026, to May 26, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from April 21, 2026, to May 26, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from April 21, 2026, to May 26, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED:   April 14, 2026

HON. EUMI K. LEE
United States District Judge