Matthew M. Yelovich (SBN 351330)
Cleary Gottlieb Steen & Hamilton LLP
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
(650) 815-4100
Email: myelovich@cgsh.com

Attorney for Defendant
**JULIO JOVAN VASQUEZ-OCHOA**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,

                 Plaintiffs,

    v.

JULIO JOVAN VASQUEZ-OCHOA,

                Defendant.

Case No. 26-cr-00048-EKL

**STIPULATION TO CONTINUE STATUS HEARING AND [PROPOSED] ORDER**

Currently, there is a status conference scheduled for May 26, 2026.  Counsel for Defendant is evaluating and consulting with Defendant regarding legal strategy in connection with preparing Defendant's case.  Accordingly, the parties respectfully request that the Court continue the status conference scheduled for May 26, 2026, to August 25, 2026.[1]

The parties stipulate and agree that excluding time until August 25, 2026, will allow for effective preparation and continuity of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time from May 26,

---

[1] Undersigned counsel attests that each of the other signatories have concurred in the filing of the document.

Stipulation to Continue Status Hearing and Proposed Order, Case No. 26-cr-00048-EKL

2026, to August 25, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

Respectfully submitted,

MATTHEW M. YELOVICH
Attorney for Julio Jovan Vasquez-Ochoa

Dated: May 22, 2026                     /s/ Matthew M. Yelovich
                                        MATTHEW M. YELOVICH
                                        Attorney for Julio Jovan Vasquez-Ochoa

Dated: May 22, 2026                     /s/ Neal Hong
                                        NEAL HONG
                                        Assistant United States Attorney

[~~PROPOSED~~ ORDER]

Pursuant to the parties' stipulation, and for good cause shown, the Court hereby continues the status conference to August 25, 2026, and excludes time under the Speedy Trial Act from May 26, 2026, to August 25, 2026.  The Court finds that failing to exclude the time from May 26, 2026, to August 25, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from May 26, 2026, to August 25, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from May 26, 2026, to August 25, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated:  __May 22, 2026_____

_____
HON. EUMI K. LEE
United States District Judge

Stipulation to Continue Status Hearing and ~~Proposed~~ Order, Case No. 26-cr-00048-EKL