Matthew M. Yelovich (SBN 351330)
Cleary Gottlieb Steen & Hamilton LLP
151 University Avenue
Palo Alto, CA 94301
(650) 815-4152
Email: myelovich@cgsh.com

Attorney for Defendant
**JULIO JOVAN VASQUEZ-OCHOA**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JULIO JOVAN VASQUEZ-OCHOA,<br>Defendant. | Case No. 26-cr-00048-EKL-3<br>25-mj-71257-MAG<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER PERMITTING TRAVEL FROM THE DISTRICT** |

The defendant, Julio Jovan Vasquez Ochoa, represented by undersigned counsel Matthew Yelovich, has requested that Mr. Vasquez Ochoa be permitted to travel to Elk Grove, California to visit and stay with his children on August 14, 2026 through August 17, 2026. The government, represented by Assistant United States Attorney, Neal Hong, has no objection to this request. Officer Shafia Khanoon has indicated on behalf of the Pretrial Services Office that she has no objection to this request.

Accordingly, the parties hereby stipulate that defendant Vasquez Ochoa be permitted to travel from the Northern District of California, to Elk Grove, in the Central District of California, to visit his children on August 14, 2026 through August 17, 2026.[1]

Respectfully submitted,

MATTHEW M. YELOVICH
Attorney for Julio Jovan Vasquez-Ochoa

Dated: August 12, 2026

*/s/ Matthew M. Yelovich*
MATTHEW M. YELOVICH
Attorney for Julio Jovan Vasquez-Ochoa

Dated: August 12, 2026

*/s/ Neal Hong*
NEAL HONG
Assistant United States Attorney

[1] Undersigned counsel attests that each of the other signatories have concurred in the filing of the document.

# ~~[PROPOSED~~ ORDER]

Pursuant to the parties' stipulation and for good cause shown, the Court HEREBY ORDERS that defendant Julio Jovan Vasquez Ochoa may travel from his residence in the Northern District of California to Elk Grove, California, to visit his children between the dates of August 14, 2026 through August 17, 2026.

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: August 12, 2026

HON. SUSAN VAN KEULEN
United States Magistrate Judge