Matthew M. Yelovich (SBN 351330)
Cleary Gottlieb Steen & Hamilton LLP
151 University Avenue
Palo Alto, CA 94301
(650) 815-4152
Email: myelovich@cgsh.com

Attorney for Defendant
**JULIO JOVAN VASQUEZ-OCHOA**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JULIO JOVAN VASQUEZ-OCHOA,<br><br>Defendant. | Case No. 5:26-cr-00048-EKL-3<br>5:25-mj-71257-MAG<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING CONDITIONS OF RELEASE** |

In support of the modification of defendant Julio Jovan Vasquez Ochoa's conditions of release requested herein, the parties hereby stipulate as follows:

1. On November 7, 2025, Mr. Vasquez Ochoa was ordered released from custody with pretrial conditions of release. Dkt. 11.
2. One of those conditions restricts Mr. Vasquez Ochoa's travel to the Northern District of California. Specifically, the Order Setting Conditions of Release provides: "Defendant must not travel outside of: the Northern District of California." *Id*.
3. Mr. Vasquez Ochoa has children who reside in Elk Grove, California, in the Eastern District of California, and therefore frequently wishes to travel there to visit them. He has sought permission to do so on multiple occasions. Dkt. 14, 16, 45, 58, 65, 67. In addition, Mr. Vasquez Ochoa's employment entails travel to the Eastern District of California, and he has sought and received permission to travel there for work. Dkt. 74.
4. In addition, Mr. Vasquez Ochoa has sought and received permission to visit the Central District of California for his recreational sports league, Dkt. 36, and now anticipates needing to do so more frequently for his employment, which he anticipates will also entail travel within the Central District.
5. Accordingly, the parties hereby stipulate and agree that Mr. Vasquez Ochoa's travel restriction condition be modified to allow for travel to these neighboring districts with prior notification of dates and locations to the Pretrial Services Officer required if Mr. Vasquez Ochoa intends to stay overnight outside the Northern District of California.
6. Another condition of release requires Mr. Vasquez Ochoa to remain in the custody of Elizabeth Mendez at 3141 Casa de Campo Apt. 303, San Mateo, California. Dkt. 11.
7. Mr. Vasquez Ochoa and Ms. Mendez no longer wish to cohabitate, and Mr. Vasquez Ochoa plans to move into the house of his mother, Norma Vasquez Ochoa, at 298 Laurel Grove Lane 131, San Jose, California. In anticipation of his relocation, the parties hereby stipulate that the custodial condition be removed from Mr. Vasquez Ochoa's conditions of release; Ms. Vasquez Ochoa be named his surety; and Ms. Mendez be removed as co-signer and custodian. Mr. Vasquez Ochoa will continue to reside within the jurisdiction of his current Pretrial Service Officer, Officer Shafia Khanoon.

8. Pretrial Services Officer Shafia Khanoon and Assistant United States Attorney Neal Hong have no objection to this request.[1]

[1] Undersigned counsel attests that each of the other signatories have concurred in the filing of the document.

Respectfully submitted,

MATTHEW M. YELOVICH
Attorney for Julio Jovan Vasquez-Ochoa

Dated: September 11, 2026

/s/ Matthew M. Yelovich
MATTHEW M. YELOVICH
Attorney for Julio Jovan Vasquez-Ochoa

Dated: September 11, 2026

/s/_Neal Hong_____
NEAL HONG
Assistant United States Attorney

[~~PROPOSED~~] ORDER **(MODIFIED BY THE COURT)**

Pursuant to the parties' stipulation and for good cause shown, the Court HEREBY ORDERS that the travel restrictions in defendant Julio Jovan Vasquez Ochoa's conditions of release, Dkt. 11, are modified as follows: "Defendant must not travel outside of the Eastern, Central, and Northern Districts of California, except that Defendant shall provide prior notification to the Pretrial Services Officer of the dates and location of lodging if staying overnight outside the Northern District of California."

The Court FURTHER ORDERS that the Defendant's pretrial condition of release requiring that "Defendant must remain in the custody of custodian Elizabeth Mendez at 3141 Casa de Campo Apt. 303, San Mateo California. The Custodian must supervise defendant and report any violation of a release condition to Pretrial Services. A custodian who fails to do so may be prosecuted for contempt[]" be removed and that Elizabeth Mendez be removed as co-signer and custodian.

The Court FURTHER ORDERS that Norma Vasquez Ochoa be named the Defendant's surety. **based on the parties' stipulation and the hearing held on September 22, 2026**.

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: September 22, 2026

HON. VIRGINIA DEMARCHI
United States Magistrate Judge