CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

NEAL C. HONG (ILBN 6309265)
Assistant United States Attorney

60 S. Market, Suite 1200
San Jose, California 95113
Telephone: (408) 535-5081
neal.hong@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JULIO JOVAN VASQUEZ OCHOA,<br><br>Defendant. | Case No. 26-CR-00048-EKL<br><br>STIPULATION TO CONTINUE HEARING; AND [~~PROPOSED~~] ORDER |

The parties respectfully request that the status hearing scheduled for November 3, 2026, be continued to January 26, 2027. Counsel for Defendant requires additional time to review certain matters to effectively prepare Defendant's case. Additionally, the parties require additional time to resolve this case.

Accordingly, the parties stipulate and agree that excluding time until January 26, 2027, will allow for the effective preparation and continuity of counsel. See 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from November 3, 2026, to January 26, 2027, from computation under the Speedy Trial Act outweigh the best interests of the public and Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO STIPULATED

CRAIG H. MISSAKIAN
United States Attorney

Dated: October 30, 2026

/s/ Neal Hong
NEAL C. HONG
Assistant United States Attorney

/s/ Matthew Yelovich
MATTHEW M. YELOVICH
Counsel for Defendant

**~~[PROPOSED]~~ ORDER**

Pursuant to the parties' stipulation, and for good cause shown, the Court hereby continues the status hearing to January 26, 2027, and excludes time under the Speedy Trial Act from November 3, 2026, to January 26, 2027. The Court finds that failing to exclude the time from November 3, 2026, to January 26, 2027, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from November 3, 2026, to January 26, 2027, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from November 3, 2026, to January 26, 2027, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: October 30, 2026

HON. EUMI K. LEE
United States District Judge